UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re

_____.
Debtor(s).

Case Number: _____

Chapter: _____

## DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Debtor's name (enter full name): **Matthew B. Crooks**

Does Debtor have a domestic support obligation: _____ yes __X__ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: _____

Name, address and phone number for the holder of the claim of support: _____

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $_____ .

Court name and jurisdiction in which order of support was issued: _____

Court Case No. _____ .

Name, address and phone number of the State child support enforcement agency involved in such claim: _____

**I declare under penalty of perjury that the foregoing is true and correct.**

_____     **5-31-11**
Signature of Debtor                Date

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re

_____
Debtor(s).

Case Number: _____

Chapter: _____

## JOINT DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on this form.*

Joint Debtor's name (enter full name): **Kendra L. Crooks**

Does Joint Debtor have a domestic support obligation:  yes ___  no **X**. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Joint Debtor's employer's name, address and phone number:

_____

Name, address and phone number for the holder of the claim of support:

_____

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____

Amount that the domestic support obligation is in arrears: $_____

Court name and jurisdiction in which order of support was issued:

_____

Court Case No. _____

Name, address and phone number of the State child support enforcement agency involved in such claim:

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

_/s/ Kendra Crooks_                                    5/31/11
Signature of Joint Debtor                              Date

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.