## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) |
| | ) |
| Matthew B Crooks | ) Case Number:      11−40903−JDP |
| aka Matt Crooks | ) |
| 1556 N Stevens Dr #C | ) Chapter Number: 7 |
| Idaho Falls, ID 83401 | ) |
| | ) |
| Social Security No.: xxx−xx−3677 | ) |
| Employer's Tax I.D. No.: | ) |
| | ) |
| Debtor | ) |
| | ) |
| Kendra L Crooks | ) |
| aka Kendra L Saxton | ) |
| 1556 N Stevens Dr #C | ) |
| Idaho Falls, ID 83401 | ) |
| | ) |
| Social Security No.: xxx−xx−9949 | ) |
| Employer's Tax I.D. No.: | ) |
| | ) |
| Joint Debtor | ) |
| | ) |

### INCOME TAX TURNOVER ORDER

THE DEBTORS ARE HEREBY ORDERED as follows:

FILING TAX RETURNS: You are ordered to properly file all required income and other tax returns with the Federal Government (Internal Revenue Service), any state and other taxing authority, within the time limits provided by law. This order shall apply to all tax years or other periods which arise during the pendency of this case. This order also includes returns for the preceding calendar or tax year. Be advised that this order includes returns for all prior years or periods for which returns were required but which were not filed before your bankruptcy case commenced.

COPIES OF TAX RETURNS TO TRUSTEE: you are further ordered to deliver, to the trustee in this case, signed copies of all tax returns which must be filed under and pursuant to the preceding paragraph.

THE TRUSTEE ASSIGNED to your case is:

> R Sam Hopkins
> POB 3014
> Pocatello, ID 83206

DELIVER OF REFUNDS: You are further ordered to turn over to the trustee all income tax refunds now held or hereafter received by you while the case is open.

LOSS OF DISCHARGE AND OTHER SANCTIONS: A willful failure to obey this order (for example a failure to file required tax returns, failure to provide signed copies of all tax returns to your trustee, or failure to surrender and turn over all refunds) may result in a loss of your right to a bankruptcy discharge of indebtedness, dismissal of your case without further notice to you and without hearing, and/or other possible sanctions.

Dated: 6/3/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court