B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)    Case Number **11−40903−JDP**

# UNITED STATES BANKRUPTCY COURT
## District of Idaho

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/2/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew B Crooks<br>aka Matt Crooks<br>1556 N Stevens Dr #C<br>Idaho Falls, ID 83401 | Kendra L Crooks<br>aka Kendra L Saxton<br>1556 N Stevens Dr #C<br>Idaho Falls, ID 83401 |
| Case Number:<br>11−40903−JDP | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−3677<br>xxx−xx−9949 |
| Attorney for Debtor(s) (name and address):<br>David L Brown<br>David L. Brown PLLC<br>PO BOX 790<br>Rigby, ID 83442<br>Telephone number:  (208) 522−6461 | Bankruptcy Trustee (name and address):<br>R Sam Hopkins<br>POB 3014<br>Pocatello, ID 83206<br>Telephone number:  208−478−7978 |

## Meeting of Creditors
Date:  **July 20, 2011**                                          Time:  **09:00 AM**
Location:  **801 E Sherman, Jury Assembly Room #177, Pocatello, ID 83201**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/19/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Rm 119<br>801 East Sherman<br>Pocatello, ID 83201<br>Telephone number:  208−478−4123 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Elizabeth A Smith |
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  6/3/11 |

## EXPLANATIONS                                                                          B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

```
                        United States Bankruptcy Court
                               District of Idaho
In re:                                                    Case No. 11-40903-JDP
Matthew B Crooks                                          Chapter 7
Kendra L Crooks
         Debtors
                            CERTIFICATE OF NOTICE
District/off: 0976-4          User: twilliams              Page 1 of 2             Date Rcvd: Jun 03, 2011
                              Form ID: b9a                 Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2011.
db/jdb       +Matthew B Crooks,    Kendra L Crooks,    1556 N Stevens Dr #C,    Idaho Falls, ID 83401-3696
aty          +David L Brown,    David L. Brown PLLC,    PO BOX 790,   Rigby, ID 83442-0790
tr           +R Sam Hopkins,    POB 3014,   Pocatello, ID 83206-3014
3830223      +Bonneville Billing,    Po Box 50820,    Idaho Falls, ID 83405-0820
3830224      +Chapman Financial,    Po Box 14693,    Spokane, WA 99214-0693
3830227      +Dept Of Education/neln,    121 S 13th St,   Lincoln, NE 68508-1904
3830228      +Diversified Adjustment,    Po Box 32145,   Fridly, MN 55432-0145
3830229      +EIRMC,    Po Box 99008,   Bedford, TX 76095-9108
3830232      +ER Solutions,    Po Box 9004,   Renton, WA 98057-9004
3830230      +Enhanced Recovery,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
3830231      +Equifax,    Po Box 740241,   Atlanta, GA 30374-0241
3830233      +Experian,    Po Box 2002,   Allen, TX 75013-2002
3830234      +Express Lab,    3910 Washington Parkway Suite B,    Idaho Falls, ID 83404-7596
3830239       HSBC,    Po Box 97280,   Portland, OR 97280
3830240      +Ic Systems Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
3830241      +Life Spring Women's Clinic,    1660 John Adams Parkway,    Idaho Falls, ID 83401-4360
3830243      +Medical Imaging,    PO Box 2671,   Idaho Falls, ID 83403-2671
3830244      +Medical Recovery,    Po Box 51178,    Idaho Falls, ID 83405-1178
3830245      +Michael Womack, MD,    111 S Broadway Suite 101,    Boise, ID 83702-7200
3830246      +Outsource Receivables,    3017 Taylor Ave,    Ogden, UT 84403-0913
3830248      +Parkwest Dental Care,    1088 N Skyline,   Idaho Falls, ID 83402-1726
3830250       Redline Recovery,    1167 S Rainwater Dr Suite 350,    Alpharetta, GA   30009
3830251      +Todd Erikson,    3456 E 17th St Suite 280,   Idaho Falls, ID 83406-5072
3830252      +Trans Union,    Po Box 1000,    Chester, PA 19016-1000
3830253      +Treasure Valley Lab,    Po Box 2693,    Spokane, WA 99220-2693
3830254       Uheaa/sbr Co,    Po Box 510407,    Salt Lake City, UT 84151
3830255      +University Of Utah Medical,    Po Box 510511,   Salt Lake City, UT 84151-0511
3830256      +Vion Receivable Invest,    400 Interstate N Pkwy St,    Atlanta, GA 30339-5017
3830259     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wells Fargo Dealer Services,     Po Box 25341,    Santa Ana, CA   92799)
3830257       Wells Fargo,    Credit Bureau Disp Po Box 14517,    Des Moines, IA 50306
3830261      +West Asset Management,    Po Box 790113,   St Louis, MO 63179-0113
3830262      +Wfds/wds,    Po Box 1697,   Winterville, NC 28590-1697
3830263      +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustp.region18.bs.ecf@usdoj.gov Jun 03 2011 20:01:39     US Trustee,
               Washington Group Central Plaza,   720 Park Blvd, Ste 220,   Boise, ID 83712-7785
3830216       +E-mail/Text: BankruptcyNotice@1FBUSA.com Jun 03 2011 20:01:38     1st Financial Bank,
               Po Box 1050,   N Sioux City, SD 57049-1050
3830217       +E-mail/Text: BankruptcyNotice@1FBUSA.com Jun 03 2011 20:01:38     1st Financial Bk Usa,
               363 W Anchor Dr,   Dakota Dunes, SD 57049-5154
3830218       +EDI: AMEREXPR.COM Jun 03 2011 19:58:00     Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
3830219       +EDI: ACCE.COM Jun 03 2011 19:58:00     Asset Acceptance Llc,   Po Box 2036,
               Warren, MI 48090-2036
3830220       +EDI: BANKAMER2.COM Jun 03 2011 19:58:00     Bank Of America,   Po Box 17054,
               Wilmington, DE 19850-7054
3830221       +E-mail/Text: CHOWARD@BHIVE.ORG Jun 03 2011 20:01:38     Beehive Fed Cr Un,   65 S Center St,
               Rexburg, ID 83440-1945
3830222       +E-mail/Text: banko@bonncoll.com Jun 03 2011 20:00:56     Bonneville Billing,
               1186 E 4600 S Ste 100,   Ogden, UT 84403-4896
3830225       +E-mail/Text: tiffany@idahocommunitycare.com Jun 03 2011 20:01:16     Community Care,
               2725 Channing Way,   Idaho Falls, ID 83404-7510
3830226       +E-mail/Text: CBEI115N@GMAIL.COM Jun 03 2011 20:01:05     Credit Bureau Of Eastern Idaho,
               Po Box 276,   Rexburg, ID 83440-0276
3830235       +E-mail/Text: bankruptcy@expressrecovery.com Jun 03 2011 20:01:34     Express Recovery,
               Po Box 26415,   Salt Lake City, UT 84126-0415
3830236       +E-mail/Text: bankruptcy@expressrecovery.com Jun 03 2011 20:01:34     Express Recovery Svcs,
               2790 S Decker Lake Dr,   Salt Lake City, UT 84119-2057
3830237       +E-mail/Text: data_processing@fin-rec.com Jun 03 2011 20:01:28     Financial Recovery Services,
               Po Box 385908,   Minneapolis, MN 55438-5908
3830238       +EDI: HFC.COM Jun 03 2011 19:58:00     HSBC,   Po Box 60107,   City Of Industry, CA 91716-0107
3830242       +EDI: RESURGENT.COM Jun 03 2011 19:58:00     Lvnv Funding Llc,   Po Box 740281,
               Houston, TX 77274-0281
3830247       +E-mail/Text: corrined@outsourcerec.com Jun 03 2011 20:00:56     Outsource Receivables,
               Po Box 3069,   Idaho Falls, ID 83403-3069
3830249       +EDI: PHINPLAZA.COM Jun 03 2011 19:58:00     Plaza Associates,   7 Penn Plz,
               New York, NY 10001-3900
3830258       +EDI: WFFC.COM Jun 03 2011 19:58:00     Wells Fargo,   Po Box 10335,   Des Moines, IA 50306-0335
3830260       +EDI: WESTASSET.COM Jun 03 2011 19:58:00     West Asset Management,   2703 N Highway 75,
               Sherman, TX 75090-2567
                                                                                              TOTAL: 19
```

```
District/off: 0976-4          User: twilliams              Page 2 of 2                  Date Rcvd: Jun 03, 2011
                              Form ID: b9a                 Total Noticed: 52

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2011**                              **Signature:** _Joseph Speetjens_