**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Matthew B Crooks ) | Case Number:   11–40903–JDP |
| aka Matt Crooks ) | |
| 1556 N Stevens Dr #C ) | Chapter Number: 7 |
| Idaho Falls, ID 83401 ) | |
| ) | |
| Social Security No.: xxx–xx–3677 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |
| Kendra L Crooks ) | |
| aka Kendra L Saxton ) | |
| 1556 N Stevens Dr #C ) | |
| Idaho Falls, ID 83401 ) | |
| ) | |
| Social Security No.: xxx–xx–9949 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |

_____

**INCOME TAX TURNOVER ORDER**

THE DEBTORS ARE HEREBY ORDERED as follows:

FILING TAX RETURNS: You are ordered to properly file all required income and other tax returns with the Federal Government (Internal Revenue Service), any state and other taxing authority, within the time limits provided by law. This order shall apply to all tax years or other periods which arise during the pendency of this case. This order also includes returns for the preceding calendar or tax year. Be advised that this order includes returns for all prior years or periods for which returns were required but which were not filed before your bankruptcy case commenced.

COPIES OF TAX RETURNS TO TRUSTEE: you are further ordered to deliver, to the trustee in this case, signed copies of all tax returns which must be filed under and pursuant to the preceding paragraph.

THE TRUSTEE ASSIGNED to your case is:

> R Sam Hopkins
> POB 3014
> Pocatello, ID 83206

DELIVER OF REFUNDS: You are further ordered to turn over to the trustee all income tax refunds now held or hereafter received by you while the case is open.

LOSS OF DISCHARGE AND OTHER SANCTIONS: A willful failure to obey this order (for example a failure to file required tax returns, failure to provide signed copies of all tax returns to your trustee, or failure to surrender and turn over all refunds) may result in a loss of your right to a bankruptcy discharge of indebtedness, dismissal of your case without further notice to you and without hearing, and/or other possible sanctions.

|  |  |
|---|---|
|  | Elizabeth A Smith |
| Dated: 6/3/11 | Clerk, U.S. Bankruptcy Court |

```
                         United States Bankruptcy Court
                                District of Idaho
In re:                                                    Case No. 11-40903-JDP
Matthew B Crooks                                          Chapter 7
Kendra L Crooks
        Debtors              CERTIFICATE OF NOTICE
District/off: 0976-4      User: nlynch              Page 1 of 1           Date Rcvd: Jun 03, 2011
                          Form ID: oinctx7          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2011.
db/jdb        +Matthew B Crooks,   Kendra L Crooks,   1556 N Stevens Dr #C,   Idaho Falls, ID 83401-3696
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2011**                           **Signature:**    _Joseph Speetjens_