

Auxiliary Services
www.uheaa.org

Change of Address Form

U.S. COURTS

AUG 08 2011

DATE:     August 5, 2011

Rcvd_____ Filed_____ Time 4:00p
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

RE:     11-40903-ID
        KENDRA CROOKS

Please change or add our agency name and/or address to the mailing matrix to read as follows:

Name:       UHEAA

Address:    PO Box 145108

City:       Salt Lake City

State/ZIP:  UT 84114-5108

Thank you,

Signed:     _____
            Cindy Oman
            Manager of Loan Servicing
            Utah Higher Education Assistance Authority

---

(801) 321-7274
(800) 247-5384
TDD (801) 321-7130
Fax (801) 366-8430

Board of Regents Building, The Gateway
60 South 400 West, Salt Lake City, UT 84101-1284

UTAH SYSTEM OF
HIGHER EDUCATION
Building a Stronger State of Minds

P.O. Box 145110
Salt Lake City, UT
84114-5110

uheaa@utahsbr.edu