B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Idaho [LIVE]
Case No. **11–40903–JDP**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew B Crooks | Kendra L Crooks |
| aka Matt Crooks | aka Kendra L Saxton |
| 1556 N Stevens Dr #C | 1556 N Stevens Dr #C |
| Idaho Falls, ID 83401 | Idaho Falls, ID 83401 |

Social Security No.:
  xxx−xx−3677                                                                 xxx−xx−9949

Employer's Tax I.D. No.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                                BY THE COURT


Dated: 9/26/11                                                  Jim D Pappas
                                                                United States Bankruptcy Judge



**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of Idaho
In re:                                                         Case No. 11-40903-JDP
Matthew B Crooks                                               Chapter 7
Kendra L Crooks
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0976-4          User: admin              Page 1 of 2      Date Rcvd: Sep 26, 2011
                              Form ID: b18             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
db/jdb       +Matthew B Crooks,   Kendra L Crooks,   1556 N Stevens Dr #C,   Idaho Falls, ID 83401-3696
3830223      +Bonneville Billing,   Po Box 50820,   Idaho Falls, ID 83405-0820
3830224      +Chapman Financial,   Po Box 14693,   Spokane, WA 99214-0693
3830227      +Dept Of Education/neln,   121 S 13th St,   Lincoln, NE 68508-1904
3830228      +Diversified Adjustment,   Po Box 32145,   Fridly, MN 55432-0145
3830229      +EIRMC,   Po Box 99008,   Bedford, TX 76095-9108
3830232      +ER Solutions,   Po Box 9004,   Renton, WA 98057-9004
3830230      +Enhanced Recovery,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
3830231      +Equifax,   Po Box 740241,   Atlanta, GA 30374-0241
3830233      +Experian,   Po Box 2002,   Allen, TX 75013-2002
3830234      +Express Lab,   3910 Washington Parkway Suite B,   Idaho Falls, ID 83404-7596
3830239       HSBC,   Po Box 97280,   Portland, OR 97280
3830240      +Ic Systems Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
3830241      +Life Spring Women's Clinic,   1660 John Adams Parkway,   Idaho Falls, ID 83401-4360
3830243      +Medical Imaging,   PO Box 2671,   Idaho Falls, ID 83403-2671
3830244      +Medical Recovery,   Po Box 51178,   Idaho Falls, ID 83405-1178
3830245      +Michael Womack, MD,   111 S Broadway Suite 101,   Boise, ID 83702-7200
3830246      +Outsource Receivables,   3017 Taylor Ave,   Ogden, UT 84403-0913
3830248      +Parkwest Dental Care,   1088 N Skyline,   Idaho Falls, ID 83402-1726
3830250       Redline Recovery,   1167 S Rainwater Dr Suite 350,   Alpharetta, GA 30009
3830251      +Todd Erikson,   3456 E 17th St Suite 280,   Idaho Falls, ID 83406-5072
3830252      +Trans Union,   Po Box 1000,   Chester, PA 19016-1000
3830253      +Treasure Valley Lab,   Po Box 2693,   Spokane, WA 99220-2693
3830254       Uheaa/sbr Co,   Po Box 510407,   Salt Lake City, UT 84151
3830255      +University Of Utah Medical,   Po Box 510511,   Salt Lake City, UT 84151-0511
3830259     ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
              (address filed with court: Wells Fargo Dealer Services,   Po Box 25341,   Santa Ana, CA 92799)
3830262     ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
              (address filed with court: Wfds/wds,   Po Box 1697,   Winterville, NC 28590)
3830257       Wells Fargo,   Credit Bureau Disp Po Box 14517,   Des Moines, IA 50306
3830261      +West Asset Management,   Po Box 790113,   St Louis, MO 63179-0113
3830263      +Worlds Foremost Bank N,   4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3830216      +E-mail/Text: BankruptcyNotice@1FBUSA.com Sep 26 2011 21:05:20    1st Financial Bank,
               Po Box 1050,   N Sioux City, SD 57049-1050
3830217      +E-mail/Text: BankruptcyNotice@1FBUSA.com Sep 26 2011 21:05:20    1st Financial Bk Usa,
               363 W Anchor Dr,   Dakota Dunes, SD 57049-5154
3830218      +EDI: AMEREXPR.COM Sep 26 2011 20:53:00    Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
3830219      +EDI: ACCE.COM Sep 26 2011 20:53:00    Asset Acceptance Llc,   Po Box 2036,
               Warren, MI 48090-2036
3840069      +EDI: ATLASACQU.COM Sep 26 2011 20:53:00    Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
3830220      +EDI: BANKAMER2.COM Sep 26 2011 20:53:00    Bank Of America,   Po Box 17054,
               Wilmington, DE 19850-7054
3830221      +E-mail/Text: CHOWARD@BHIVE.ORG Sep 26 2011 21:05:20    Beehive Fed Cr Un,   65 S Center St,
               Rexburg, ID 83440-1945
3830222      +E-mail/Text: banko@bonncoll.com Sep 26 2011 21:04:32    Bonneville Billing,
               1186 E 4600 S Ste 100,   Ogden, UT 84403-4896
3830225      +E-mail/Text: tiffany@idahocommunitycare.com Sep 26 2011 21:04:54    Community Care,
               2725 Channing Way,   Idaho Falls, ID 83404-7510
3830226      +E-mail/Text: CBEI115N@GMAIL.COM Sep 26 2011 21:04:44    Credit Bureau Of Eastern Idaho,
               Po Box 276,   Rexburg, ID 83440-0276
3830235      +E-mail/Text: bankruptcy@expressrecovery.com Sep 26 2011 21:05:14    Express Recovery,
               Po Box 26415,   Salt Lake City, UT 84126-0415
3830236      +E-mail/Text: bankruptcy@expressrecovery.com Sep 26 2011 21:05:14    Express Recovery Svcs,
               2790 S Decker Lake Dr,   Salt Lake City, UT 84119-2057
3830237      +E-mail/Text: data_processing@fin-rec.com Sep 26 2011 21:05:05    Financial Recovery Services,
               Po Box 385908,   Minneapolis, MN 55438-5908
3830238      +EDI: HFC.COM Sep 26 2011 20:53:00    HSBC,   Po Box 60107,   City Of Industry, CA 91716-0107
3830240      +EDI: ICSYSTEM.COM Sep 26 2011 20:53:00    Ic Systems Inc,   Po Box 64378,
               Saint Paul, MN 55164-0378
3830242      +EDI: RESURGENT.COM Sep 26 2011 20:53:00    Lvnv Funding Llc,   Po Box 740281,
               Houston, TX 77274-0281
3830247      +E-mail/Text: corrined@outsourcerec.com Sep 26 2011 21:04:33    Outsource Receivables,
               Po Box 3069,   Idaho Falls, ID 83403-3069
3830249      +EDI: PHINPLAZA.COM Sep 26 2011 20:53:00    Plaza Associates,   7 Penn Plz,
               New York, NY 10001-3900
3830256      +E-mail/Text: khallman@vioninv.com Sep 26 2011 21:05:28    Vion Receivable Invest,
               400 Interstate N Pkwy St,   Atlanta, GA 30339-5017
3830258      +EDI: WFFC.COM Sep 26 2011 20:53:00    Wells Fargo,   Po Box 10335,   Des Moines, IA 50306-0335
3830260      +EDI: WESTASSET.COM Sep 26 2011 20:53:00    West Asset Management,   2703 N Highway 75,
               Sherman, TX 75090-2567
```

```
District/off: 0976-4          User: admin              Page 2 of 2              Date Rcvd: Sep 26, 2011
                              Form ID: b18             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                      TOTAL: 21

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                    **Signature:**    _Joseph Speetjens_