Case 11-40903-JDP    Doc 20    Filed 09/28/11    Entered 09/28/11 22:46:11    Desc Imaged
                      Certificate of Service    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: | |
| Matthew B Crooks<br>aka Matt Crooks<br>1556 N Stevens Dr #C<br>Idaho Falls, ID 83401 | Case Number:    11−40903−JDP<br><br>Chapter Number: 7 |
| Social Security No.: xxx−xx−3677<br>Employer's Tax I.D. No.: | |
| Debtor | |
| Kendra L Crooks<br>aka Kendra L Saxton<br>1556 N Stevens Dr #C<br>Idaho Falls, ID 83401 | |
| Social Security No.: xxx−xx−9949<br>Employer's Tax I.D. No.: | |
| Joint Debtor | |

_____

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE**

IT APPEARING to the Court that the Trustee in this case has filed a report of no distribution and the Trustee has performed all duties required in the administration of this estate;

IT IS ORDERED that the report is APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have occurred during the time such bond was in effect and the estate is CLOSED.

AUDIT NOTICE: If prior to the receipt of this notice, the Bankruptcy Trustee took possession of any money, checks or other property and that property has not been returned to you, please contact the U.S. Trustee at (208) 334−1300.

Dated: 9/26/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Idaho

In re:
Matthew B Crooks                                                                    Case No. 11-40903-JDP
Kendra L Crooks                                                                     Chapter 7
         Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0976-4          User: twilliams          Page 1 of 1          Date Rcvd: Sep 26, 2011
                              Form ID: oclose7         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
db/jdb        +Matthew B Crooks,    Kendra L Crooks,    1556 N Stevens Dr #C,    Idaho Falls, ID 83401-3696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                    **Signature:** _Joseph Speetjens_